**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1068

CARL LESTER MAXWELL,

Plaintiff - Appellant,

versus

DAK AMERICAS; MUNDY MAINTENANCE SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (2:05-cv-00141-DCN)

Submitted: January 8, 2007        Decided: February 13, 2007

Before WILKINS, Chief Judge, and NIEMEYER and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chalmers C. Johnson, CHALMERS JOHNSON LAW FIRM, Charleston, South Carolina, for Appellant. Stacy K. Wood, PARKER, POE, ADAMS & BERNSTEIN, L.L.P., Charlotte, North Carolina; Benjamin Weaver Glass, III, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Lester Maxwell appeals the district court's opinion and order granting summary judgment to DAK Americas and Mundy Maintenance Services and dismissing his breach of employment contract claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Maxwell v. DAK Americas</u>, No. 2:05-cv-00141-DCN (D.S.C. Dec. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>